for further accounting by the executor as to the resulting balance. See, also, 151 N. Y. Supp. 1124.

KIRKPATRICK et al., Respondents, v. BLAU, City Marshal, Appellant. (Supreme Court, Appellate Division, First Department. June 18, 1915.) Action by Arthur H. Kirkpatrick and another against Adolph L. Blau, as City Marshal. H. Marx, of New York City, for appellant. A. T. Scharps, of New York City, for respondents. No opinion. Order amending verdict, by adding interest, reversed, with $10 costs and disbursements. Judgment modified, by striking therefrom the interest on the verdict, and, as so modified, affirmed, without costs. Order denying motion for new trial affirmed. Settle order on notice.

KOCIUS, Respondent, v. JAMISON, Appellant, et al. (Supreme Court, Appellate Division, Second Department. May 14, 1915) Action by Simon Kocius against William A. Jamison, impleaded with others. No opinion. Judgment and order reversed, and new trial granted, costs to abide the event, on the ground that the finding that defendant's servant, Gilhooly, was authorized to represent the defendant and to give the order to lower the skid, is contrary to the weight of evidence.

KRACH, Respondent, v. NEW YORK CONSOL. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 4, 1915.) Action by William Krach, an infant, against the New York Consolidated Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

KREVULIN, Respondent, v. PRESENT, Appellant. (Supreme Court, Appellate Division, Second Department. May 7, 1915.) Action by Ermire Krevulin against Solomon Present. No opinion. Motion denied, on condition that appellant perfect the appeal, place the case on the June calendar, and be ready for argument when reached.

KRIDEL et al. v. BRUKENFELD. (Supreme Court, Appellate Division, First Department. June 11, 1915.) Action by Alexander H. Kridel and another against Morris Brukenfeld. No opinion. Application denied, with $10 costs. Order signed. See, also, 148 N. Y. Supp. 91.

KRIDEL et al. v. LEVIN. (Supreme Court, Appellate Division, First Department. June 11, 1915.) Action by Samuel Kridel and another against Hyman Levin. No opinion. Motion denied, with $10 costs. Order filed. See, also, 153 N. Y. Supp. 1123.

KRIDEL et al. v. LEVIN. (Supreme Court, Appellate Division, First Department. June 11, 1915.) Action by Samuel Kridel and an-

other against Hyman Levin. No opinion. Application denied, with $10 costs. Order signed. See, also, 153 N. Y. Supp. 1123.

KUGEL v. OSTRO CONST. CO. (Supreme Court, Appellate Division, First Department. May 28, 1915.) Action by Adolph Kugel against the Ostro Construction Company. No opinion. Application denied, with $10 costs. Order signed. See, also, 153 N. Y. Supp. 1123.

KUGEL v. OSTRO CONST. CO. (Supreme Court, Appellate Division, First Department. May 28, 1915.) Action by Adolph Kugel against the Ostro Construction Company. No opinion. Motion denied, with $10 costs. Order filed. See, also, 153 N. Y. Supp. 1123.

KUNTZ et al., Respondents, v. PETER et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 11, 1915.) Action by Emilie Kuntz and another, as executors, etc., of Bertha Brinckmann, deceased, against Nils Peter and others. No opinion. Judgment affirmed, without costs.

LACKOMOWITZ, Appellant, v. BATES et al., Respondents. (Supreme Court, Appellate Division, Second Department. May 28, 1915.) Action by David Lackomowitz against Jerome E. Bates and Leonard W. Bates, copartners, etc., and Daniel McConigle, as City Marshal.

PER CURIAM. The parties hereto having stipulated in open court that this case may be disposed of by a court of four, the decision is as follows: Judgment and order, in so far as they affect defendant McConigle, affirmed, without costs; in so far as they affect the defendants Bates, reversed, and new trial granted, with costs against appellants Bates to abide the event. See section 507, Code of Civil Procedure; Ferguson v. Crawford, 70 N. Y. 253, 26 Am. Rep. 589; Sinnott v. Hanan, 156 App. Div. 323, 141 N. Y. Supp. 505. There is no pleading nor proof which makes it proper for us to pass upon the effect of a motion asserted to have been made in the Municipal Court to set aside the judgment on the ground that the defendant in that action was not served with summons; therefore that question is left undetermined by this appeal.

LAMBERT, Appellant, v. LANEHART, Respondent. (Supreme Court, Appellate Division, Second Department. May 14, 1915.) Action by Ismenia Lambert against Louis N. Lanehart.

PER CURIAM. The parties hereto having stipulated in open court that this case may be disposed of by a court of four, the decision is as follows: Order affirmed, with $10 costs and disbursements. See, also, 152 N. Y. Supp. 1122.

LANE, Respondent, v. LION BREWERY OF NEW YORK CITY, Appellant. (Supreme Court, Appellate Division, First Department.